IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOE BARNES, III,

    Petitioner,

v.                                          CASE NO. 1:11-cv-00062-MP-GRJ

EDWIN BUSS,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate Judge, recommending that this matter be dismissed. The time for filing objections has passed, and none have been filed. Mr. Barnes filed a letter, Doc. 1, in which he asked the Court to provide an advisory opinion regarding the time limits for filing a future 28 U.S.C. § 2254 action. The Magistrate Judge instructed Mr. Barnes that the Court does not issue advisory opinions and directed him to file a proper 2254 petition. Mr. Barnes failed to do so, and so the Magistrate Judge recommended dismissal. After consideration, the Court agrees that this case should be dismissed for failure to prosecute and to follow orders of the Court. It is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.

    2.    This case is dismissed, and the Clerk is directed to close the file.

    **DONE AND ORDERED** this *15th* day of August, 2011

                          *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge